IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NIKISHA C. GAILES,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO. 07-0772-CG-B** |
| | ) |
| **CITY OF THOMASVILLE POLICE** | ) |
| **DEPARTMENT, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

Upon consideration of the parties' Stipulation of Dismissal and Joint Motion for Order Concerning Confidentiality, and for good cause shown, the motion is **GRANTED**.

Plaintiff and all Defendants are prohibited from disclosing the terms of their confidential settlement to persons other than their respective attorneys and/or tax advisers. Any dissemination of the terms of the agreement otherwise shall be considered a breach of the confidential settlement agreement between and among the parties.

Pursuant to the stipulation of the parties, the matter is hereby **DISMISSED** with prejudice, with each party to bear that party's own costs.

**DONE and ORDERED** this 6th day of August, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE